**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Miguel Estrada

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESTRADA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:06-CV-01370 LJO NEW (DLB) <br><br> STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due May 9, 2007, and is therefore requesting additional time in which to file her opening brief until June 9, 2007.

Dated: May _9_, 2007          /S/ ROBERT ISHIKAWA
                              _____
                              ROBERT ISHIKAWA
                              Attorney for Plaintiff, MIGUEL ESTRADA

Dated: May _9_, 2007          /S/    MARK WIN
                              _____
                              MARK WIN
                              Assistant Regional Counsel

IT IS SO ORDERED.

   Dated:   **May 14, 2007**              **/s/ Dennis L. Beck**
                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

1