**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Miguel Estrada

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESTRADA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:06-CV-01370 LJO NEW (DLB)<br><br>STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due June 9, 2007, and is therefore requesting additional time in which to file her opening brief until July 9, 2007.

Dated: June _8_, 2007          /S/ ROBERT ISHIKAWA
                               _____
                               ROBERT ISHIKAWA
                               Attorney for Plaintiff, MIGUEL ESTRADA

Dated: June _8_, 2007          /S/    JACQUELINE FORSLUND
                               _____
                               JACQUELINE FORSLUND
                               Assistant Regional Counsel

IT IS SO ORDERED.

Dated:   **June 11, 2007**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1