IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESTRADA, | 1:06cv1370 LJO NEW (DLB) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| vs. | (Document 21) |
| MICHAEL J. ASTRUE, Commissioner, | |
| Defendant. | |

On July 11, 2007, the parties stipulated to extend the time for filing Plaintiff's opening brief to August 9, 2007. Plaintiff's request is GRANTED and he SHALL file his opening brief by August 9, 2007. The Court notes that this is Plaintiff's third request for an extension of time to file his opening brief. Further requests are strongly discouraged.

IT IS SO ORDERED.

Dated:   **July 16, 2007**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1