IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESTRADA, ) | 1:06cv1370 LJO NEW (DLB) |
| ) | |
| ) | ORDER REQUIRING PLAINTIFF TO |
| ) | SUPPLEMENT REQUEST FOR |
| ) | EXTENSION OF TIME |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On August 9, 2007, Plaintiff filed his fourth stipulation and proposed order to extend time for filing his opening brief. In the July 16, 2007, order granting Plaintiff's third request for an extension of time, the Court warned that further extensions were strongly discouraged. In his most recent request, Plaintiff says only that he "cannot meet the deadline" and requests an additional thirty days. Given that this is Plaintiff's fourth request and that the Court warned against further extensions, Plaintiff is ORDERED to supplement the request with a showing of good cause. Plaintiff shall file a supplement within five (5) days of the date of service of this order.

IT IS SO ORDERED.

Dated:    **August 10, 2007**             **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

1