1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT FOR THE

6                          EASTERN DISTRICT OF CALIFORNIA

7
8    MIGUEL ESTRADA,                    )      1:06cv1370 LJO NEW (DLB)
                                        )
          Plaintiff,                    )
9                                       )
                                        )      ORDER GRANTING REQUEST FOR
10                                      )      EXTENSION OF TIME
          vs.                           )
11                                      )      (Document 24)
     MICHAEL J. ASTRUE, Commissioner,   )
12                                      )
                                        )
13        Defendant.                    )
     _____)
14

15
16        On August 9, 2007, the parties stipulated to extend the time for filing Plaintiff's opening

17   brief.  Pursuant to the Court's order, Plaintiff supplemented this request with a showing of good

     cause on August 15, 2007.  He also filed his opening brief on that date.
18
          Accordingly, Plaintiff's request for an extension of time is GRANTED nunc pro tunc.
19

20
21        IT IS SO ORDERED.

22        Dated:   **August 20, 2007**                   _____ **/s/ Dennis L. Beck**_____
                                                UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28
                                                1