1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL ESTRADA, | ) | 1:06-cv-01370 LJO GSA |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| Plaintiff, | ) | RECOMMENDATION |
| | ) | |
| v. | ) | (Document 31) |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On November 19, 2007, the Magistrate Judge issued Findings and Recommendation that

Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be

denied and that judgment be entered for Defendant Michael J. Astrue and against Plaintiff

Miguel Estrada.  This Findings and Recommendation was served on all parties and contained

notice that any objections to the Findings and Recommendation were to be filed within fifteen

(15) days of the date of service of the order.  Over fifteen (15) days have passed and no party has

filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the

Findings and Recommendation is supported by the record and proper analysis.

///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Findings and Recommendation issued November 19, 2007, is ADOPTED IN

3          FULL; and

4    2.    The appeal is DENIED.

5    Judgment SHALL be entered for Defendant Michael J. Astrue, Commissioner of Social

6    Security, against Plaintiff Miguel Estrada.  The clerk is directed to close this action.

7    IT IS SO ORDERED.

8    **Dated:    December 11, 2007**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE